IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIUS EVANS et al.,

Plaintiffs,

v.

KRISTOPHER THARP, *et al*.,

Defendants.

Case No. 21-cv-905 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/25/2023**          MONICA A. STUMP, Clerk of Court

                              s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**